AO 442 (Rev. 11/11) Arrest Warrant

**FILED
RICHARD W. NAGEL
CLERK OF COURT**

**2021 JUN -9 PM 3: 11**

**U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS**

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>Jennifer Helen Campbell<br><br>Defendant | ) ) ) ) ) ) ) | Case No. 2:21-mj-272 |

☞ **ORIGINAL**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jennifer Helen Campbell

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. Section 841 - Knowingly or intentionally attempt to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense a controlled substance.

21 U.S.C Section 846 - Attempt and conspriacy to commit an act in violation of 21 U.S.C. Section 841.

Date: April 20, 2021

_Kimberly A. Jolson_
United States Magistrate Judge

City and state: Columbus, Ohio

---

**Return**

This warrant was received on *(date)* 4-21-21, and the person was arrested on *(date)* 4-21-21
at *(city and state)* SLC, UT

Date: 4-23-21

_Arresting officer's signature_

T. Kelly  DUSM
*Printed name and title*